1

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

3

UNITED STATES OF AMERICA,                )   Case No.: 2:20-cr-00234-GMN-DJA
                                         )
         Plaintiff,                      )   ORDER FOR ISSUANCE OF
                                         )   WRIT OF HABEAS CORPUS
    vs.                                  )   AD PROSEQUENDUM FOR
                                         )   PHILLIP WAYNE MERRILL
PHILLIP WAYNE MERRILL,                   )   (ID#) 06029875
                                         )
         Defendant.                      )
_____  )

4

5

6

7

8          Upon reading the petition of the United States Attorney for the District of Nevada,

9    and good cause appearing therefore,

10         IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue

11   out of this Court, directing the production of the body of the said **PHILLIP WAYNE**

12   **MERRILL** before the United States District Court at Las Vegas, Nevada, on or about

13   October 14, 2020, at the hour of 1:00 p.m., for an Initial Appearance and Arraignment and

14   any further proceedings and from time to time and day to day thereafter until excused by the

15   said Court.

16         DATED:  October __2__, 2020

17
                                    _____
18                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
District of Nevada
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Bianca.Pucci@usdoj.gov
Attorney for the United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:20-cr-00234-GMN-DJA |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM FOR |
| vs. ) | PHILLIP WAYNE MERRILL |
| ) | (ID#) 06029875 |
| ) | |
| PHILLIP WAYNE MERRILL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The petition of the United States Attorney for the District of Nevada respectfully

shows that **PHILLIP WAYNE MERRILL**, is committed by due process of law in the

custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is

necessary that the said **PHILLIP WAYNE MERRILL** be temporarily released under a Writ

of Habeas Corpus Ad Prosequendum so that the said **PHILLIP WAYNE MERRILL** may

be present before the United States District Court for the District of Nevada, Las Vegas,

Nevada, on October 14, 2020, at the hour of 1:00 p.m., for an Initial Appearance and

Arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **PHILLIP WAYNE MERRILL** before the United States

District Court on or about October 14, 2020, at the hour of 1:00 p.m., for an Initial

Appearance and Arraignment and from

1  time to time and day to day thereafter until excused by the Court has been ordered by the

2  United States Magistrate or District Judge for the District of Nevada.

3        WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4  Prosequendum issue out of this Court, directed to the Warden, Clark County Detention

5  Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada,

6  commanding them to produce the said **PHILLIP WAYNE MERRILL** before the United

7  States District Court on or about October 14, 2020 at the hour of 1:00 p.m., for an Initial

8  Appearance and Arraignment and from time to time and day to day thereafter, at such times

9  and places as may be ordered and directed by the Court entitled above, to appear before the

10  Court, and when excused by the said Court, to be returned to the custody of the Warden,

11  Clark County Detention Center, Las Vegas, Nevada.

12        DATED this 1st day of October, 2020.

13

14        Respectfully submitted,

15        NICHOLAS A. TRUTANICH
         United States Attorney

16

17            //s//
         BIANCA R. PUCCI
         Assistant United States Attorney

18

19

20

21

22

23

24

2