**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP WAYNE MERRILL,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00234-GMN-DJA-1<br><br>**ORDER TO PRODUCE**<br>**PHILLIP WAYNE MERRILL, # 1238799** |

TO:　　CHARLES DANIELS, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　CALVIN JOHNSON, WARDEN HIGH DESERT STATE PRISON
　　　　INDIAN SPRINGS, NV
　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

　　**THE COURT HEREBY FINDS** that **PHILLIP WAYNE MERRILL, # 1238799,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

　　**IT IS ORDERED** that the Warden of High Desert State Prison, or his designee, shall produce **PHILLIP WAYNE MERRILL, # 1238799,** for a <u>video hearing</u> at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Courtroom 7D, Las Vegas, Nevada, on or about Wednesday, May 26, 2021, at the hour of 12:00 p.m., to attend the a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **PHILLIP WAYNE MERRILL, # 1238799**, is released and

discharged by the said Court; and that the said **PHILLIP WAYNE MERRILL, # 1238799,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct. **PHILLIP WAYNE MERRILL, # 1238799**, will appear via video from High Desert State Prison and physical transportation of the defendant to the courthouse is not required.

    **DATED** this __22__ day of April, 2021.

_____
**GLORIA M. NAVARRO, JUDGE**
**UNITED STATES DISTRICT COURT**